IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No: 4:16-CV-287

| | |
|---|---|
| VERNICE BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER ON MOTION** |
| ) | **TO STAY CASE** |
| WEYERHAEUSER NR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on the Defendant Weyerhaeuser NR Company's Motion to Stay Case [Docket No. 9]. For the reasons set forth in Defendant's Motion to Stay Case, the Court finds good cause to stay the case pending a decision on Defendant's Motion for Summary Judgment.

THEREFORE, IT IS ORDERED that the Defendant's Motion to Stay Case is GRANTED, and this action is stayed pending a ruling on Defendant's Motion for Summary Judgment.

This the  28th  day of             February   , 20 17  .

_____
United States District Court Judge