UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| VERNICE BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| WEYERHAEUSER NR COMPANY, | ) | No. 4:16-CV-287-FL |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment and plaintiff's motion to remand this action to the General Court of Justice, District Court division, for Pitt County North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 13, 2017, and for the reasons set forth more specifically therein, that the defendant's motion for summary judgment is granted and plaintiff's motion to remand this action to the General Court of Justice, District Court division, for Pitt County North Carolina is denied. This case is dismissed.

**This Judgment Filed and Entered on July 13, 2017, and Copies To:**

Vernice Bell (via U.S. Mail at 1676 US Hwy 64 E, Plymouth, NC 27962)
Sarah J. Douglas and Keith M. Weddington (via CM/ECF Notice of Electronic Filing)


July 13, 2017                    PETER A. MOORE, JR., CLERK

                                  /s/ Susan W. Tripp
                                 (By) Susan W. Tripp, Deputy Clerk